Birth Records     Pages 1–8

580 Julie
909-0290 493-9436
RS #10

Mount Clemens General Hospital

# ANTEPARTUM ASSESSMENT

MRN 435903

| | |
|---|---|
| DATE 8-8-03 | TIME 1310 |
| HOSP. NO. 2495066 | |
| NAME Bauner Victoria | |
| PHYSICIAN McWha | CONSULTING PHYSICIAN |
| BP 121/78 | T 98.0 P 107 R 18 |
| Edc 8/28/03 | PARITY G4 P1 |
| US/EDC | EGA 37 LMP |
| Contractions: Freq. Dur. Onset | |
| Membranes: L R Date Time Color | |
| Vag. Spec.: Nitrozine Fem. | |
| CURRENT RX: [illegible], PNV | |
| PRESENT PREG. HX N/C Labor | |

**VAGINAL EXAM**

| | 1 | 2 | 3 |
|---|---|---|---|
| DOCTOR | [illegible] | [illegible] | [illegible] |
| TIME | 12:50 | 15:40 | [illegible] |
| DILATION | 1 | 1 | 1 |
| STATION | -2 | -3 | -3 |
| EFFACEMENT | Th | 50 | 50 |
| POSITION | | | |
| FHT | 120 | 120 | |
| CONTRACTIONS | [illegible] | [illegible] | |

## NON STRESS TEST

NON REACTIVE REACTIVE

COMMENT:

## CONTRACTION STRESS TEST

| SPONTANEOUS CST | NIPPLE STIM. | PITOCIN |
|---|---|---|
| UTERINE CONTRACTIONS (PER 10 MIN): | Positive (Reactive) | Positive (Nonreactive) | NEGATIVE |

COMMENT:

## BIOPHYSICAL PROFILE

FBM (0 - NONE 1 - DECREASED 2 - NORMAL) =
FM (0 - NONE 1 - DECREASED 2 - NORMAL) =
FT (0 - NONE 1 - DECREASED 2 - NORMAL) =
AFV (0 - NONE 1 - DECREASED 2 - NORMAL) =
NST (0 - NONREACTIVE 2 - REACTIVE) =

TOTAL SCORE =

AF INDEX (cms) LUQ ___ + LLQ ___ + RUQ ___ + RLQ ___ = TOTAL ___

NORMAL AFI (> 5CM) DECREASED (< 5CM) INCREASED (>24)

Pt states having CTX's x 3 days that woke her today + 3 mins apart. [illegible] fluid — [illegible]
[illegible]
[illegible]
[illegible] and re-✓. [illegible] between [illegible] GBS (-) UA: Neg.
[illegible] @ 37 1/7 wks (Plan) (1) D/C [illegible]
[illegible] labor (2) D/C home
(3) [illegible] [illegible]
[illegible]
[illegible]

TIME:

| CBC | UA | PTT |
|---|---|---|
| Wbc | sp. gr. | PT |
| Rbc | pH | Control |
| Hgh | Protein | FSP |
| HCT | Glucose | Fibrin |
| Mcv | Ketones | |
| Mch | Bili | |
| Mchc | Hgb | Na |
| RDw | Epith | K |
| Ptl Vol | Casts | Cl |
| Lymph % | Crystals | Co2 |
| Mono % | Bacteria | |
| Gran % | Nitrates | BUN |
| Ptl Ct | Leuc | Creat |
| A. Lymph | | SGPT |
| A. Mono | | SGOT |
| A. Gran | | |
| | | Uric Acid |
| | | RBS |

HOME @ ADMIT @ INSTRUCTIONS

NURSE [illegible] RN

PHYSICIAN [illegible]

MCGH #181040 (3/01)

WHITE - DEPARTMENT COPY YELLOW - PHYSICIAN'S COPY

Willow Pediatrics

# SICK OR RECHECK VISIT

9-9-03= NS for rev. (initials)

Name Philipp Baumer Date of Birth 8-16-03

Date: 10/8/03 Current Age: ________ Allergies: ________

Chief Complaint: poor appetite, refused to eat, very fussy. sent ER: p/w mom.

10-3-03= Catalan confirmed, patient sent to ER / (initials)

List any medications in the past 2 weeks, including over the counter meds: ________

Has the patient been seen for this reason before? ☐ No ☐ Yes Where? ________

When? ________

Pertinent Past Medical History: ________

Are the child's immunizations up to date? ☐ Yes ☐ No

Weight ________ Temp ________ Other ________

| PHYSICAL EXAM | Normal | Abnormal | Description |
|---|---|---|---|
| General Appearance | ☐ | ☐ | |
| Skin | ☐ | ☐ | |
| HEENT | ☐ | ☐ | |
| Heart | ☐ | ☐ | |
| Lungs | ☐ | ☐ | |
| Abdomen | ☐ | ☐ | |
| Neurological | ☐ | ☐ | |
| Musculoskeletal | ☐ | ☐ | |
| Genitalia | ☐ | ☐ | |

ASSESSMENT: ________

PLAN: ________

FOLLOW UP: ☐ Time ________

☐ As Needed

LABS: ________

C To: ________

________
Provider Signature

(Revised 4-2003)

/9/



Mount Clemens General Hospital

# ANTEPARTUM ASSESSMENT

MR # 435768

| DATE | TIME | HOSP. NO. 2495861 |
|---|---|---|
| NAME [illegible] | | |
| PHYSICIAN McC[illegible] | CONSULTING PHYSICIAN | |
| BP [illegible] | T 98.4 | P 117 R 18 |
| Edc 8-28-03 | PARITY G3 P2 | |
| US/EDC | EGA 33/7 | LMP |
| Contractions: ✓ | Freq. 20 sec Dur. | Onset yesterday |
| Membranes: L R | Date Time | Color |
| Vag. Spec.: Nitrozine | Fem. | |
| CURRENT RX: | | |
| PRESENT PREG. HX | Rh [illegible] | |

### NON STRESS TEST

NON REACTIVE — REACTIVE

COMMENT:

### CONTRACTION STRESS TEST

| SPONTANEOUS CST | NIPPLE STIM. | PITOCIN | |
|---|---|---|---|
| UTERINE CONTRACTIONS (PER 10 MIN) : | Positive (Reactive) | Positive (Nonreactive) | NEGATIVE |

COMMENT:

### BIOPHYSICAL PROFILE

| | | | | |
|---|---|---|---|---|
| FBM | (0 - NONE | 1 - DECREASED | 2 - NORMAL) = | |
| FM | (0 - NONE | 1 - DECREASED | 2 - NORMAL) = | |
| FT | (0 - NONE | 1 - DECREASED | 2 - NORMAL) = | |
| AFV | (0 - NONE | 1 - DECREASED | 2 - NORMAL) = | |
| NST | (0 - NONREACTIVE | 2 - REACTIVE) = | | |

TOTAL SCORE =

AF INDEX (cms) LUQ __.__ + LLQ __.__ + RUQ __.__ + RLQ __.__ = TOTAL __.__

NORMAL AFI (> 5CM) DECREASED (< 5CM) INCREASED (>24)

### VAGINAL EXAM

| | 1 | 2 | 3 |
|---|---|---|---|
| DOCTOR | | | |
| TIME | [illegible] | | |
| DILATION | | | |
| STATION | | | |
| EFFACEMENT | | | |
| POSITION | | | |
| FHT | 120 | | |
| CONTRACTIONS | [illegible] | | |

Pt c/o ctx's q 20 sec starting yesterday, ØVB, ØLOF

Seattrice

[illegible] @ 38 3/7

[illegible] EDC 8/28/03 [illegible]

[illegible] ctx q 40 [illegible]

[illegible]

[illegible] ctx [illegible]

since [illegible] time [illegible]

[illegible] 1/-1/-3

A: [illegible] @ 33 3/7 — 37 | 36

(2) [illegible]

P: (1) [illegible] hydration — 20 | 35

(2) [illegible] free

(3) D/C [illegible]

(4) F/U [illegible] 12.5

| TIME: | | |
|---|---|---|
| CBC | UA | PTT |
| Wbc | sp. gr. 1.025 | PT |
| Rbc | pH 7.0 | Control |
| Hgh | Protein tr | FSP |
| HCT | Glucose neg | Fibrin |
| Mcv | Ketones neg | |
| Mch | Bili neg | |
| Mchc | Hgb neg | Na |
| RDw | Epith [illegible] | K |
| Ptl Vol | Casts | Cl |
| Lymph % | Crystals | Co2 |
| Mono % | Bacteria 1+ | |
| Gran % | Nitrates Ø | BUN |
| Ptl Ct | Leuc Ø | Creat |
| A. Lymph | | SGPT |
| A. Mono | | SGOT |
| A. Gran | | |
| | | Uric Acid |
| | | RBS |

HOME @ / ADMIT @ — INSTRUCTIONS

NURSE [signature]

PHYSICIAN [signature]

MCGH #181040 (3/01)

WHITE - DEPARTMENT COPY — YELLOW - PHYSICIAN'S COPY

Mount Clemens General Hospital

TR-

# ANTEPARTUM ASSESSMENT

MR # 435908

DATE 8-2-03 TIME 1500 HOSP. NO. 2

NAME BAUMER VICTORIA

PHYSICIAN McWHA CONSULTING PHYSICIAN

BP 115/73 T 98.8 P 94 R 18

Edc PARITY G4P2012

US/EDC 8-28-03 EGA 36 2/7 LMP

Contractions: Freq. Dur. Onset

Membranes: L R Date Time Color

Vag. Spec.: (Nitrozine) neg (Fem.) neg

CURRENT RX: PNV

PRESENT PREG. HX h/o hyperemesis ⚠

**NON STRESS TEST**

NON REACTIVE (REACTIVE) 130's

COMMENT:

**CONTRACTION STRESS TEST**

SPONTANEOUS CST NIPPLE STIM. PITOCIN

UTERINE CONTRACTIONS (PER 10 MIN): Positive (Reactive) Positive (Nonreactive) NEGATIVE

COMMENT:

**BIOPHYSICAL PROFILE**

FBM (0 - NONE 1 - DECREASED 2 - NORMAL) =

FM (0 - NONE 1 - DECREASED 2 - NORMAL) =

FT (0 - NONE 1 - DECREASED 2 - NORMAL) =

AFV (0 - NONE 1 - DECREASED 2 - NORMAL) =

NST (0 - NONREACTIVE 2 - REACTIVE) =

TOTAL SCORE =

AF INDEX (cms) LUQ __.__ + LLQ __.__ + RUQ __.__ + RLQ __.__ = TOTAL __.__

NORMAL AFI (> 5CM) DECREASED (< 5CM) INCREASED (>24)

**VAGINAL EXAM**

| | 1 | 2 | 3 |
|---|---|---|---|
| DOCTOR | Fischaro | | |
| TIME | 15:45 | | |
| DILATION | FT | | |
| STATION | -3 | | |
| EFFACEMENT | 50 | | |
| POSITION | mid | | |
| FHT | 130 | | |
| CONTRACTIONS | irreg. | | |

[illegible faint handwritten lines]

25 y/o G4P2012 c IUP @ 36 2/7 wk presents c/o ↓FM "not as strong as usual". ⊕FM 6-8x today. Also c/o vag d/c + moisture of panties. ∅ vag bleed. occ. ctxs ∅ dysuria

spec exam: ⊕ white d/c - thin homogenous

wetmount: ⊕ clue cells ∅ pooling

A) 1) IUP @ 36 2/7 wk — 55|24

2) BV — 33|17

3) mild dehyd

P) 1) D/C home c PTL prec — 38+41 (12.9)

2) Flagyl 500mg PO BID x 7d

3) ↑ fluids

HOME @ ADMIT @ INSTRUCTIONS 4) kick count instructions

5) D/W Dr Olson

NURSE amy [illegible] RN verbal instructions

PHYSICIAN [signature] DO

given

| TIME: | | |
|---|---|---|
| CBC | UA | PTT |
| Wbc | sp. gr. | PT |
| Rbc | pH | Control |
| Hgb | Protein | FSP |
| HCT | Glucose | Fibrin |
| Mcv | Ketones | |
| Mch | Bili | |
| Mchc | Hgb | Na |
| RDw | Epith | K |
| Ptl Vol | Casts | Cl |
| Lymph % | Crystals | Co2 |
| Mono % | Bacteria | |
| Gran % | Nitrates | BUN |
| Ptl Ct | Leuc | Creat |
| A. Lymph | | SGPT |
| A. Mono | | SGOT |
| A. Gran | | |
| | 2003 | Uric Acid |
| | BY DG | RBS |

MCGH #181040 (3/01)

WHITE - DEPARTMENT COPY YELLOW - PHYSICIAN'S COPY

Mount Clemens General Hospital

# ANTEPARTUM ASSESSMENT

DATE 7-16-02 TIME 0315 HOSP. NO. 3446997

NAME Bueno Victoria

PHYSICIAN Mukta CONSULTING PHYSICIAN

BP 102/56 T 98.6 P 73 R 18

Edc 8/30 PARITY G4 P2012

US/EDC 8-30-02 EGA 33 4/7 LMP

Contractions: 2 Freq. Dur. Onset

Membranes: (I) R Date Time Color

Vag. Spec.: Nitrozine Fem.

CURRENT RX: PNV all NKDA

PRESENT PREG. HX nausea / diarrhea / vomit

PMH: Ø

**VAGINAL EXAM**

| | 1 | 2 | 3 |
|---|---|---|---|
| DOCTOR | Champion | | |
| TIME | 0445 | | |
| DILATION | CL | | |
| STATION | ↑ | | |
| EFFACEMENT | th | | |
| POSITION | | | |
| FHT | 120-130's | | |
| CONTRACTIONS | irrit | | |

**NON STRESS TEST**

NON REACTIVE REACTIVE

COMMENT: 120-130's

**CONTRACTION STRESS TEST**

SPONTANEOUS CST | NIPPLE STIM. | PITOCIN

UTERINE CONTRACTIONS (PER 10 MIN) : Positive (Reactive) | Positive (Nonreactive) | NEGATIVE

COMMENT:

**BIOPHYSICAL PROFILE**

FBM (0 - NONE 1 - DECREASED 2 - NORMAL) =

FM (0 - NONE 1 - DECREASED 2 - NORMAL) =

FT (0 - NONE 1 - DECREASED 2 - NORMAL) =

AFV (0 - NONE 1 - DECREASED 2 - NORMAL) =

NST (0 - NONREACTIVE 2 - REACTIVE) =

TOTAL SCORE =

AF INDEX (cms) LUQ ___ + LLQ ___ + RUQ ___ + RLQ ___ = TOTAL ___

NORMAL AFI (> 5CM) DECREASED (< 5CM) INCREASED (>24)

Presents to [illegible] c/o vomiting x2 diarrhea x3 and [illegible] "tightening" since 0001. Membranes intact. Pt [illegible] eating [illegible] Kentucky Fried Chicken [illegible] [illegible] EFR 115-130 [illegible]

Pt is a 25yo G4P2012 @ 33 4/7 presents c nausea, vomiting and diarrhea since 2400 when woke up. Pt ate KFC and pizza around 1900. Pt denies any abdominal pain, Ø F/C, Ø HA, ØSOB Ø CP, ↑ irreg. contracts. Ø hematemesis Ø blood in stool

ABD: soft, NT, gravid, no G/R/R

- pt given IL fluid, Phenergan 25mg-IC/PO/IS
less nauseous, Ø further emesis, diarrhea x1

A. ① IUP @ 33 4/7 P. ① OB clinic
② gastroenteritis ② PTL precautions
③ GBS cult sent ③ ↑ hydration
④ Return if unable to

| TIME: | | |
|---|---|---|
| CBC | UA | PTT |
| Wbc 10.8 | sp. gr. 1.025 | PT |
| Rbc | pH 6.5 | Control |
| Hgb 10.0 | Protein | FSP |
| HCT 29.7 | Glucose | Fibrin |
| Mcv | Ketones | |
| Mch | Bili | |
| Mchc | Hgb | Na |
| RDw | Epith | K |
| Ptl Vol | Casts | Cl |
| Lymph % | Crystals | Co2 |
| Mono % | Bacteria | |
| Gran % | Nitrates | BUN |
| Ptl Ct | Leuc small | Creat |
| A. Lymph | | SGPT |
| A. Mono | WBC 5-10 | SGOT |
| A. Gran | [illegible] | |
| | | Uric Acid |
| | | BBS |

HOME INSTRUCTIONS: ① [illegible] NT [illegible]
ADMIT ②
return if unable to keep down PO fluids, fevers, [illegible]

NURSE C. Kelley RN instruct [illegible] vomiting

PHYSICIAN Champion / [illegible] ⑤ F/U in clinic as scheduled
⑥ [illegible]

MCGH #181040 (3/01)

WHITE - DEPARTMENT COPY YELLOW - PHYSICIAN'S COPY



# Mount Clemens General Hospital

## Results Report

Baumer, Victoria 25Y [ER] E2442387-5 M0435908-1 Delong, Glenn A., DO ...continued

| Start Time | Complete Time | Procedure | Result | Low | High | Flag | Delta |
|---|---|---|---|---|---|---|---|
| 03/05/03 12:15 | 03/05/03 20:23 | Chlamydia/GC-DNA Probe | Completed | | | | |
| | 03/05/03 20:18 | Chlamydia-DNA Probe | NEGATIVE | | | | |
| | 03/05/03 20:18 | GC DNA Probe | NEGATIVE | | | | |
| | 03/05/03 13:16 | Hanging Drop/Trichomona | - | | | High | |
| | | MOTILE TRICHOMONAS SEEN | | | | | |
| | | CBC/Automated Diff | | | | | |
| 03/05/03 12:02 | 03/05/03 12:13 | White Blood Cell Count* | 8.5 x 1000/mm3 | 3.6 | 10.5 | | |
| | 03/05/03 12:13 | Red Blood Cells* | 3.85 mil/mm3 | 3.57 | 5.13 | | |
| | 03/05/03 12:13 | Hemoglobin* | 11.5 gm/dl | 11.3 | 15.1 | | |
| | 03/05/03 12:13 | Hematocrit* | 33.6 % | 34.1 | 45.0 | Low | |
| | 03/05/03 12:13 | Mean Corpuscular Volume | 87.3 fL | 80.0 | 100.0 | | |
| | 03/05/03 12:13 | MCH Concentration | 34.3 gm/dl | 33.2 | 35.4 | | |
| | 03/05/03 12:13 | Mean Corpuscular HGB | 29.9 pg | 27.1 | 33.9 | | |
| | 03/05/03 12:13 | Platelet Count* | 194 x 1000/mm3 | 140 | 400 | | |
| | 03/05/03 12:13 | Neutrophils % | 71 % | 43 | 72 | | |
| | 03/05/03 12:13 | Lymphocytes % | 21 % | 17 | 44 | | |
| | 03/05/03 12:13 | Monocytes % | 5 % | 3 | 12 | | |
| | 03/05/03 12:13 | Basophils % | 1 % | 0 | 2 | | |
| | 03/05/03 12:13 | Eosinophils % | 3 % | 0 | 6 | | |
| 03/05/03 12:13 | 03/05/03 12:13 | Absolute Neutrophil | 6.04 thou/mm3 | 1.80 | 6.70 | | |
| 03/05/03 12:02 | 03/05/03 12:13 | Absolute Lymphs | 1.8 thou/mm3 | 0.8 | 3.1 | | |
| | 03/05/03 12:13 | Absolute MONO | 0.43 thou/mm3 | 0.20 | 0.80 | | |
| | 03/05/03 12:13 | Absolute BASO | 0.09 thou/mm3 | 0.00 | 0.20 | | |
| | 03/05/03 12:13 | Absolute EOS | 0.26 thou/mm3 | 0.00 | 0.50 | | |
| | 03/05/03 12:13 | Mean PLT Volume | 7.9 fL | 7.5 | 11.5 | | |
| | 03/05/03 12:13 | RBC Distribution Width | 12.8 % | 11.5 | 14.5 | | |
| | 03/05/03 13:45 | HCG-Quantitative,Serum | Completed | | | | |
| | 03/05/03 13:40 | HCG-Quantitative | 21368.1 miu/ml | | | | |

Beta HCG Expected values for Pregnancy

0.2-1 week = 5-50 miu/ml | 4-5 weeks =1,000-50,000 miu/ml

1-2 weeks = 50-500 miu/ml | 5-6 weeks = 10,000-100,000 miu/ml

2-3 weeks = 100-5,000 miu/ml | 6-8 weeks = 15,000-200,000 miu/ml

3-4 weeks = 50

03/05/03 12:02 03/05/03 13:40 IMPORTANT BHCG MESSAGE:

PLEASE NOTE:
This HCG QUANTITATIVE result is for the detection of pregnancy ONLY. It is NOT to be used for the diagnosis or monitoring of tumors. A BHCG TUMOR MARKER test must be requested for that purpose.

MOUNT CLEMENS GENERAL HOSPITAL
1000 Harrington Blvd. MOUNT CLEMENS MI 48043
**DAILY REPORT**

Patient name: **BAUMER, VICTORIA**
Patient phone: 5864663843
Location: WOMEN'S HEALTH-MT CLEMENS
Adm.date: 01/31/03 Surg.date:

M.R.N.: 4359081 Room: COUR
Billing no.: 53474469
Att.physician: ALDERSON, THOMAS
DOB: 10/22/1977 Age: 25 Sex: F

Order Id : D33..643
Date&Time Ordered: 01/31/03 20:35
Req.physician : **ALDERSON, THOMAS**
Report to : **ALDERSON, THOMAS**

**FINAL**

Address: ALDERSON, THOMAS

**U A D R U G T E S T I N G**

| TEST-NAME | RESULT | AB | NRML-RANGE | UNITS |
|---|---|---|---|---|

**UA DRUG SCREENING TEST**
**SPECIMEN UR1 COLLECTED 01/31/03 20:35 BY 6419 RECEIVED 01/31/03 20:35 BY**

| TEST-NAME | RESULT | AB | NRML-RANGE | UNITS |
|---|---|---|---|---|
| AMPHETAMINE SCREEN-UA | NEGATIVE | | | |
| BARBITURATE SCREEN-UA | NEGATIVE | | | |
| BENZODIAZEPINE SCREEN U | NEGATIVE | | | |
| CANNABINOID SCREEN-UA | **POSITIVE** | AB | | |
| COCAINE SCREEN-UA | NEGATIVE | | | |
| OPIATE SCREEN-UA | NEGATIVE | | | |
| METHADONE SCREEN-UA | NEGATIVE | | | |
| PROPOXYPHENE SCREEN-UA | NEGATIVE | | | |
| PHENCYCLIDINE SCREEN-UA | NEGATIVE | | | |
| THRESHOLD CUT-OFF LEVEL | SEE BELOW | | | |

DRUG CLASS CUT OFF LEVEL
AMPHETAMINES ............... 1000 NG/ML
BARBITURATES ............... 200 NG/ML (EFFECTIVE 10 AM 12/20/02
PREVIOUS CUTOFF = 300 NG/ML

BENZODIAZEPINES ............ 200 NG/ML
CANNABINOIDS ................ 50 NG/ML
COCAINE .................... 300 NG/ML
METHADONE .................. 300 NG/ML
OPIATES ....................2000 NG/ML
PHENCYCLEDINES (PCP)......... 25 NG/ML
PROPOXYPHENES .............. 300 NG/ML
**NOTE: Sympathomimetic Amines may show a positive result for Amphetamines class

c o n t i n u e d o n n e x t p a g e

Patient name: **BAUMER, VICTORIA** MRN: 4359081 Room: COUR
Location: WOMEN'S HEALTH-MT CLEMENS Att.physician: ALDERSON, THOMAS
KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, C-CRITICAL
Page: 1 of 2
1 of 3, 2 of 4 PRINTED 02/01/2003 10:00

Mount Clemens, Aug. 16–23, 2003          Pages  9–18



# Moun. Clemens Jeneral I. Jspital

## Discharge Summary

1000 Harrington Blvd. Mt. Clemens, MI 48043 (586) 493-8000

| Name | Date of Birth | Room | Exam Date | Encounter# | MR# |
|---|---|---|---|---|---|
| **Baumer, Babyboy** | **08/16/2003** | **NSC0** | **08/23/03** | **E2497053-7** | **M0764386-1** |

REPORT COPIES TO: Lucila Olson, MD
Attending: Bahman Mehdizadeh, MD

DATE OF ADMISSION: 08/16/03
DATE OF DISCHARGE: 08/23/03

HISTORY: This baby was born on 08/16/03, to a 26-year-old gravida 4, para 2, AB 1 with history of some marijuana use and tobacco use in pregnancy. Otherwise, she was a healthy woman. Delivery was at 38-0/7ths weeks gestational age. The baby's Apgar scores were 8 at one minute and 8 at five minutes. The baby was maintained initially in well baby nursery. Birth weight had been 6 pounds 11 ounces. The baby was noted to have some feeding difficulties with both emesis and very poor feeding. He was transferred to the special care nursery and eventually his emesis progressed to quite a significant amount. He was made NPO and a barium swallow which was done which revealed mild reflux into the esophagus without evidence of pyloric stenosis or abnormalities. He was begun on thickened feedings with Enfamil AR and eventually began to nipple all of his feedings with some gavaging and has been retaining. He had a mild hyperbilirubinemia, his highest value being 12.9, and his value is down to 10 by discharge. A drug screen was done which was negative for all substances. There were no significant fluid or electrolyte derangements and by the time he was discharged the baby was nipping between 1-1/2 and 2 ounces of Enfamil AR and retaining. His weight is up almost 2 ounces the day prior to discharge, back up to 6 pounds 6 ounces and he was ready for discharge to home.

The patient will be seen by Dr. Lucila Olson for general pediatric care.

FINAL DIAGNOSES:
1.Feeding problem, nonspecific.
2.Gastroesophageal reflux disease.
3.Term AGA male.
4.Maternal substance use in pregnancy.

Job No: 01610
DD: 08/23/03
DT: 08/29/03
D: Gail A. Abraham, MD





# Mount Clemens General Hospital
## 24 HOUR NEWBORN PATIENT CARE RECORD

40764386-1 E2497053-7
Baumer, Babyboy
DOB: 08/16/03 M OD
Date: 08/16/2003 17:50
Olson, Lucila W., MD

TIME(s): 2330 0700 Initials: [illegible]

**COGNITIVE / PERCEPTUAL**
LOC: ☒ Awake ☐ Non-Responsive
AROUSABLE: ☒ Voice ☒ Touch ☐ Pain
FONTANELLE: ☐ Bulging ☐ Sunken ☒ Soft ☒ Open ☐ Closed

**MOBILITY**
Moves all extrem ☐ No ☒ Yes
☐ Weak ☐ RA ☐ LA ☐ RL ☐ LL ☐ Tremors
REFLEXES: Moro, Grasp, Suck ☒ Intact ☐ Absent ☐ Weak
☐ Harness ☐ Spec. Diapering ☐ Clavicle pos.

**RESPIRATORY**
Respirations: ☒ Even ☐ Retractions ☐ Nasal Flaring ☐ Grunting
☐ Use of Accessory Muscles Chest Shape ☒ Symmetrical
Breath sounds ☒ Clear & Equal ☐ Ronchi ☐ Wheeze ☐ Crackles
☐ Diminished ☐ Rales ☐ Coarse ☐ Grunting

**CIRCULATORY**
Color ☒ WNL ☐ Pale ☐ Cyanotic ☐ Jaundice ☐ Mottled
Capillary Refill: ☒ Brisk ☐ Sluggish

**NUTRITION / METABOLIC PATTERN**
Abdomen: ☒ Soft ☐ Firm ☒ Non-Distended ☐ Distended
Bowel Sounds ☒ WNL ☐ Absent ☐ Hyper ☐ Hypoactive
Skin Integrity: ☒ Intact ☐ Breakdown Site Description ________
Diet: ☐ NPO Formula Strength: Sim advanced
☒ Retaining Feeds ☒ Suck Adequate ☒ Swallow w/o difficulty
☐ Cleft Lip ☐ Palate

**ELIMINATION** ☒ Voiding ☐ Anuria ☒ Genitalia Normal
☒ Meatus placement normal ☒ Testes desc. bil.

**HYGIENE**
☐ Complete Bath ☐ Partial Bath x ______ ☐ 1 Assist ☐ 2 Assist
☒ Linen Change ☒ 1 Assist ☐ 2 Assist ☐ 3 or >

**PARENT INTERACTION**
☒ Responding to Infant Cues ☒ Holding Infant
☐ Participating Incare ☐ Visiting Infant ☒ Feeding Infant

TIME(s): 0830 ________ Initials: [illegible]

**COGNITIVE / PERCEPTUAL**
LOC: ☒ Awake ☐ Non-Responsive
AROUSABLE: ☐ Voice ☒ Touch ☐ Pain
FONTANELLE: ☐ Bulging ☐ Sunken ☒ Soft ☒ Open ☐ Closed

**MOBILITY**
Moves all extrem ☐ No ☒ Yes
☐ Weak ☐ RA ☐ LA ☐ RL ☐ LL ☐ Tremors
REFLEXES: Moro, Grasp, Suck ☒ Intact ☐ Absent ☐ Weak
☐ Harness ☐ Spec. Diapering ☐ Clavicle pos.

**RESPIRATORY**
Respirations: ☒ Even ☐ Retractions ☐ Nasal Flaring ☐ Grunting
☐ Use of Accessory Muscles Chest Shape ☐ Symmetrical
Breath sounds ☒ Clear & Equal ☐ Ronchi ☐ Wheeze ☐ Crackles
☐ Diminished ☐ Rales ☐ Coarse ☐ Grunting

**CIRCULATORY**
Color ☒ WNL ☐ Pale ☐ Cyanotic ☐ Jaundice ☐ Mottled
Capillary Refill: ☒ Brisk ☐ Sluggish

**NUTRITION / METABOLIC PATTERN**
Abdomen: ☒ Soft ☐ Firm ☐ Non-Distended ☐ Distended
Bowel Sounds ☒ WNL ☐ Absent ☐ Hyper ☐ Hypoactive
Skin Integrity: ☒ Intact ☐ Breakdown Site Description ________
Diet: ☐ NPO Formula Strength: ________
☐ Retaining Feeds ☐ Suck Adequate ☐ Swallow w/o difficulty
☐ Cleft Lip ☐ Palate

**ELIMINATION** ☒ Voiding ☐ Anuria ☒ Genitalia Normal
☐ Meatus placement normal ☐ Testes desc. bil.

**HYGIENE**
☐ Complete Bath ☐ Partial Bath x ______ ☐ 1 Assist ☐ 2 Assist
☒ Linen Change ☐ 1 Assist ☐ 2 Assist ☐ 3 or >

**PARENT INTERACTION**
☒ Responding to Infant Cues ☒ Holding Infant
☒ Participating Incare ☐ Visiting Infant ☒ Feeding Infant

TIME(s): 1500 - 1750 Initials: [illegible]

**COGNITIVE / PERCEPTUAL**
LOC: ☒ Awake ☐ Non-Responsive
AROUSABLE: ☒ Voice ☒ Touch ☐ Pain
FONTANELLE: ☐ Bulging ☐ Sunken ☒ Soft ☐ Open ☐ Closed

**MOBILITY**
Moves all extrem ☐ No ☒ Yes
☐ Weak ☐ RA ☐ LA ☐ RL ☐ LL ☐ Tremors
REFLEXES: Moro, Grasp, Suck ☐ Intact ☐ Absent ☐ Weak
☐ Harness ☐ Spec. Diapering ☐ Clavicle pos.

**RESPIRATORY**
Respirations: ☒ Even ☐ Retractions ☐ Nasal Flaring ☐ Grunting
☐ Use of Accessory Muscles Chest Shape ☐ Symmetrical
Breath sounds ☐ Clear & Equal ☐ Ronchi ☐ Wheeze ☐ Crackles
☐ Diminished ☐ Rales ☐ Coarse ☐ Grunting

**CIRCULATORY** [illegible]
Color ☒ WNL ☐ Pale ☐ Cyanotic ☐ Jaundice ☐ Mottled
Capillary Refill: ☐ Brisk ☐ Sluggish

**NUTRITION / METABOLIC PATTERN**
Abdomen: ☒ Soft ☐ Firm ☐ Non-Distended ☐ Distended
Bowel Sounds ☐ WNL ☐ Absent ☐ Hyper ☐ Hypoactive
Skin Integrity: ☒ Intact ☐ Breakdown Site Description ________
Diet: ☐ NPO Formula Strength: Isomil
☐ Retaining Feeds ☐ Suck Adequate ☐ Swallow w/o difficulty
☐ Cleft Lip ☐ Palate

**ELIMINATION** ☐ Voiding ☐ Anuria ☐ Genitalia Normal
☐ Meatus placement normal ☐ Testes desc. bil.

**HYGIENE**
☐ Complete Bath ☐ Partial Bath x ______ ☐ 1 Assist ☐ 2 Assist
☐ Linen Change ☐ 1 Assist ☐ 2 Assist ☐ 3 or >

**PARENT INTERACTION**
☐ Responding to Infant Cues ☒ Holding Infant
☐ Participating Incare ☐ Visiting Infant ☒ Feeding Infant

162

# Mount Clemens General Hospital
## Radiology Report

1000 Harrington Blvd. Mount Clemens, Michigan 48043 (586) 493-8000

| Patient Name | DOB | Room | Date of Service | Encounter# | MR# |
|---|---|---|---|---|---|
| BAUMER, BABYBOY | 08/16/2003 | NSC05 | 08/20/2003 | E2497053 | M764386 |

**FINAL COPY**

REPORT COPIES TO:
Attending: BAHMAN B. MEHDIZADEH, MD

**UPPER GI:** Upper GI examination was carried out on 08/20/03. A scout film prior to this study reveals a nasogastric tube present with its tip in the region of the stomach. There is gas within the stomach and gas within the colon and small bowel.

Barium was administered. The esophagus distended satisfactorily with no evidence of fistula or stricture. as Barium enters the stomach, there was some reflux around the tube into the esophagus consistent with some mild reflux being present. The stomach distends satisfactorily. There is some delay in passage of contrast into the duodenal cap; however, this was accomplished within approximately 5 minutes time, and the patient spilled into the duodenal cap with fill of the sweep and identification of the ligament of Treitz without evidence of pyloric stenosis.

**IMPRESSIONS:**

1. Mild reflux into the esophagus.
2. No evidence of pyloric stenosis.
3. Ligament of Treitz identified.
4. Additional findings as described above.
5. This study was discussed with Dr. Mehdizadeh on this date.

Job No.: 29816 /tb
DD: 08/20/2003
DT: 08/20/2003 18:37:47

This document was electronically signed by DOUGLAS L. ROSS, DO on 08/21/2003 11:27:32.





**Mount Clemens General Hospital**

# Integrated Progress Record

CB NR09

2497053-7 M 000 0
BAUHER, BABYBO Y
OLSON, LUCILA W MD
764386-1
CASH

| DATE | TIME | DISCIPLINE | |
|---|---|---|---|
| 8-17-03 | 0900 | NSG | Mom stated "she's having a hard time for the baby to eat". stated she's spitting-up and gagging ⊄ respiratory distress noted. Fed by staff, able to tolerate 20cc but noted baby spitting up and gagging. Dr. Weiduer in to see baby, made aware of mom's concerns & feeding patterns. → Annuregan |
| | 1100 | | Discussed to mom the plan of care. Changed formula to Isomil and feed q 2°, mom verbalizes understanding will follow-up. → Annuregan |
| | 1300 | | Mom attempted feeding the baby. tolerated 5cc of Isomil ⊖ regurgitation, ⊕ spitting-up noted. will monitor. → Aurgan |
| | 1530 | | Dr. Weiduer notified about baby's feedings ordered a neonatology consult. Dr. Maitek notified. → Aurgan |
| | 1605 | | Dr. Maitek notified c̄ new orders made. → Annuregan |

Please Remember to Time, Date, and Sign All Entries

206425 (12/01)

NR09

Mount Clemens
General Hospital

2497053-7 M 000 0
BAUNER, BABY BO Y Baumer
OLSON, LUCILLE
764386-1
CASH

# Multidisciplinary Care Plan Record

| DATE | TIME | DISCIPLINE | |
|---|---|---|---|
| 8-17-03 | 0600 | Nsg 1 & 2 | Progressing toward discharge goals. ——— [signature] |
| 8-17-03 | 0800 | Nsg 1 & 2 | Progressing toward discharge goals with exception ——→ [signature] |
| 8/17/03 | 1800 | Nrsg | pt admitted to SCN placed on radiant warmer, PIV started in (R) hand, Lytes, Ca, BUN + creatinine sent, PKU drawn. Temp & VSS at this time. color pink, perfusion < 2 sec. ——— R.D. [signature] RNC |
| 8/17/03 | 2000 | Nrsg | Fed infant lacto free 10 cc's then pt had forceful regurg of ~10 cc's of formula gave pt another 10 cc's followed by a ~3cc emesis ——— R.D. [signature] RNC |
| 8/17/03 | 2130 | Nrsg | pt had another emesis of ~5 cc's of curdled formula, one touch 134. Dr. Maitah notified. pt made NPO, IVF ∆'d to D5.2NS c̄ ↑ in TFG to 120cc/kg/day and more lytes ordered for the am (K+ 6.9 c̄ 1830 lytes). pt's abd sl distended, remains [illegible], ⊘ bowel [illegible]. R.D. [signature] RNC |
| late entry from | | | |
| 8/17/03 | 1500 | Nrsg | (late entry) pt. brought to SCN earlier today @ 1500 for CBC BC + (L) ... [illegible] R.D. [signature] |

**Please Remember to Time, Date and Sign All Entries**

87

Form # 1525 Pg.2 (12/02)



07 24 03 NF05

Baby Boy Baumen
BAUMEN, BABY BOY
2491063, BAHMAN MD
C26493861

| DATE | TIME | DISCIPLINE | |
|---|---|---|---|
| 8-17-03 | 1825 | CSW: Drugscreen protocol initiated due to maternal hx and ⊕ prenatal uds '03. Mom neg @ admit. Mom has support of sister and family. Has gathered baby/nursery items. Will stay w/ her parents until able to locate own housing. Mom has stabilized situation since beginning of pregnancy. Is linked to community resources. Mom with ⊕ bonding and attachment to baby. Can attempt f/u pp @ WBA MC with mom. Plan: Baby home to mom once stable per SCN. No other CSW needs presently id'ed. [signature] MSW ACSW #2143 | |
| 8.18.03 | 7:45 | Neo/OB Resident | |
| | | Ⓢ 2 day old male neonate born via SVD @ 38 1/7 wk s̄ difficulty. Birth wt 6# 8oz/2948gm. Pt transferred to SCN 2° to poor feeding and vomiting x 2. Mother had ⊕ THC on 1/03 (neg @ admit). Made NPO. Abd xray - neg. BC pending, mec. drug screen pending | |
| Meds<br>- ampicillin<br>- cefotaxime<br>- DS. 2 | | 8/18 137 \| 107 \| 5.6 \| 19 \| <  8/17 19.4 16.7 / 57.4 > 162 | |
| | | Ⓞ VS: 99°, 3 52, 138, 65/49 (wt. 2961, ↓ 50gm)<br>Gen: alert, awake<br>Heent: NC, mild bruising of face<br>H: RRR  L: CTAB, ∅ RRW, ∅ nb, ∅ r<br>A: soft, ND, ∅ organomegally, +BS | |

Please Remember to Time, Date, and Sign All Entries

206425 (12/01)



8 18 03 N.05

2497053-7 M 010 0
BAUMER, BABYBOY
MEHDIZADEH, BAHMAN MD
764336-1
CASH

# Multidisciplinary Care Plan Record

| DATE | TIME | DISCIPLINE | |
|---|---|---|---|
| 8/18/03 | 0630 | NSG | VSS. Infant transferred to Isolette @ 0001 for observation. ∅ Emesis this shift. Abd. Remains slt distended ō RLQ + quad. Infant alert & active. Infant remains NPO. Infant rested & dev. Care in progress. [signature] RN |
| 8-18-03 | 0830 | nsg | IV site edematous c̄ leaking noted @ insertion site. IV removed and new peripheral IV restarted RA c̄ 24G IVC, baby tolerated well. [signature] RN |
| 8-18-03 | 0945 | nsg | Abd. X ray done, result viewed by Dr. Mehdizadeh, order received to start feeding baby by gavage. NGT inserted and secured @ 19.5cm, baby tolerated feeding of 10cc well. ∅ emesis, will cont. to monitor. VSS see flow sheet. Mom visited baby, held infant, updated on plan of care c̄ all questions answered. Will monitor [signature] RN |
| 8-18-03 | 1430 | nsg | One touch glucose 118. P.O. feeds tolerated well so far. ∅ emesis. Abd. soft not distended. [signature] RN |
| 8 03 | 1000 | Nsg | feeding ↑ to 30cc. Nippled vigorously. [illegible]. Isolette Δ to air control to wean to crib. set @ 31.0 infant dressed in t-shirt. Will monitor [signature] |

**Please Remember to Time, Date and Sign All Entries**

Form # 1525 Pg.2 (12/02)



07 24 03 NT05

2197053-7 M CID 0
BAUMER, BABYBOY
MEHDIZADEH, BAHMAN MD
764386-1
CASH

# Multidisciplinary Care Plan Record

| DATE | TIME | DISCIPLINE | |
|---|---|---|---|
| 8-19-03 | 1300 | nrsg | IV leaking by, new IV started in scalp, baby tolerated well. Nippled 25cc of Sim, good + retained. Will monitor Kredl RN |
| 8-19-03 | 1500 | nrsg | Bradycardia to 80's, ⊘ desats, ⊘ color Δ. Dr. Mehdizadeh aware, will monitor closely Kredl RN |
| 8-19-03 | 1900 | NSG | Infant nippled 35cc Sim well. Infant tol. & Retained feeding. Low resting HR noted c̄ HR 90-110. Will continue to monitor. ⊘ signs distress. Infant nested + dev. care in progress. Waitman, RN |
| 8-20-03 | 0400 | NSG | Infant nippled 30cc fair c̄ much ~~coordination~~ ERROR. encouragement. Infant sleepy (> 30min). Remainder of feeding gavaged. Infant tol & Retained feeding ⊘ Emesis. S. Waitman |
| 8-20 | ~~0800~~ 0750 | | To X-ray c̄ nurse |
| | 0820 | | Returned from x-ray - UGI will be done approx 11A McCaleb |
| 8/20 | 1055 → 1145 | | Down to x-ray for UGI. Returned c̄ nurse. tol well - fed fair + retained Mom @ bedside McCaleb |
| | 1200 | | |

**Please Remember to Time, Date and Sign All Entries**

Form # 1525 Pg.2 (12/02)

88



07 24 03 NT05

2497053-7 M 010 0
BAUHER, BABYBOY
MEHDIZADEH, BAHMAN MD
764386-1
CASH

# Multidisciplinary Care Plan Record

| DATE | TIME | DISCIPLINE | |
|---|---|---|---|
| 8-20-03 | 1800 | Nsg | Unable to flush H/L - dcd |
| | | | fed fair + retained — McCallum |
| 8-21-03 | 0530 | Nsg | Infant nipples fair to well throughout |
| | | | [illegible]. Retained all feeds. Infant had |
| | | | two large stools, ⊕ barium. Developmental |
| | | | care in progress — K. [illegible] |
| 8-21-03 | 0730 | Nsg | Jaundiced + sleeping |
| | 0800 | | mSBR drawn & to lab |
| | 1030 | | nippled fair + retained. Dr Mehdizadeh |
| | | | notified of lab result |
| | 1330 | | nippled well + retained |
| | 1630 | | nippled fair part of feed + gavaged rest |
| | 1700 | | Mom in to visit. |
| | 1800 | | No RDS. Remains jaundiced McCallum |
| 8-22-03 | 0900 | Nsg | Baby in open crib. NGT in place developmen- |
| | | | tal care in progress. Result of bili level |
| | | | to Dr. Mehdizadeh & new orders. Baby |
| | | | nipples feedings fairly well, gavage |
| | | | remaining amounts. Mom visited and |
| | | | held baby, updated on plan of care |
| | | | [illegible] |

Please Remember to Time, Date and Sign All Entries

84

Form # 1525 Pg.2 (12/02)



07 24 03

.T05

Mount Clemens General Hospital

Integrated Progress Record

2497053-7 # 010 0
BRUNER, BABYBO Y
MEHDIZADEH, BAHMAN MD
754386-1
CA04

| DATE | TIME | DISCIPLINE | |
|---|---|---|---|
| 8/21/03 | 0815 | Neo | (Cont) |
| | | | 2) Respiratory |
| | | | Lungs CTAB, good air exchange. Pink |
| | | | On RA. O2 sat in mid to high 90's. |
| | | | 3) GI |
| | | | No more vomiting on Enfamil AR. still |
| | | | needs gavage feeding. Voiding and |
| | | | stooling regularly. Barium swallow |
| | | | diagnostic for GE Reflux & any |
| | | | other abnormal findings. |
| | | | 4) ID |
| | | | sepsis Ruled out. BC negative. |
| | | | |
| | | | 5) Neuro: |
| | | | Moving all extremities. Neonatal |
| | | | reflexes ++ and symmetrical. Normal |
| | | | muscle tone. AF open + flat |
| | | | |
| | | | 6) Jaundice. |
| | | | Bili this AM 11.3 mg/dl. (↓ from 12.9 mg/dl |
| | | | on 8/21/03). |
| | | | 7) F/N/E. |
| | | | TF G @ 150 ml/kg/day. |
| | | | Lytes 137.5 / 5.6 \| 107.9 / 19.1 |
| | | | (Cont) [signature] |

Please Remember to Time, Date, and Sign All Entries

206425 (12/01)

71

07 24 03 NTOS

2497053-7 M 010 0
BAUMER, BABYBO Y
MEHDIZADEH, BAHMAN MD
754386-1
CASH

# Multidisciplinary Care Plan Record

| DATE | TIME | DISCIPLINE | |
|---|---|---|---|
| 8-22-03 | 1800 | nsg | This infant is nippling only fairly good, needs a lot of encouragement and chin support to finish feedings. Stooling, voiding, see flow sheet for VS and other data. 0 A, B, or D's noted this shift. — Knedl [illegible] |
| 8-23-03 | 0900 | nsg | Infant nippled well, retaining feeds. NGT removed, orders received to discharge baby home. — Knedl [illegible] |
| 8-23-03 | 0945 | nsg | Discharge instructions explained to mom and she verbalized understanding of entire conversation. Discharge documents signed and ID # ✓ c̄ mother, infant escorted to car and baby discharged to care of his mother. Knedl [illegible] |

Please Remember to Time, Date and Sign All Entries

Form # 1525 Pg.2 (12/02)

Home, Aug. 23 to Oct. 2, 2003     Page 19

 Pediatrics

# SICK OR RECHECK VISIT

Name Phellpp Baumer. Date of Birth 8-16-03

Date: 8.29.2003 Current Age: 13 days Allergies: NKDA

Chief Complaint: leg twitching when sticking it out, tongue twitches when taking bottle out of mouth (B) 6 episodes, no turning blue/or pale, no rolling back of eyeballs, appetite good, 2-2 1/2 oz q 2-3 hrs stool 3-4x/day, urine >6x/day

List any medications in the past 2 weeks, including over the counter meds:

Has the patient been seen for this reason before? ☒ No ☐ Yes Where?

When?

Pertinent Past Medical History:

Are the child's immunizations up to date? ☒ Yes ☐ No

Weight 7 Temp 97.8 Ax Other

| PHYSICAL EXAM | Normal | Abnormal | Description |
|---|---|---|---|
| General Appearance | ☑ | ☐ | |
| Skin | ☑ | ☐ | |
| HEENT | ☑ | ☐ | |
| Heart | ☑ | ☐ | |
| Lungs | ☑ | ☐ | |
| Abdomen | ☑ | ☐ | |
| Neurological | ☑ | ☐ | |
| Musculoskeletal | ☑ | ☐ | |
| Genitalia | ☑ | ☐ | |

ASSESSMENT: Tremors

PLAN: Observe
Reassurance
If persistent need re check

FOLLOW UP: ☐ Time

☐ As Needed

LABS:

Copy To:

[signature]

Provider Signature

(Revised 4-2003)

192

Mount Clemens, Oct. 3, 2003                Pages 20–26

Mount Clemens General Hospital

# LABOR / DELIVERY SUMMARY

DATE 8/16/03

03045-3 F 25Y 5
BAUMER, VICTORIA
ALDERSON, THOMAS L DO
435908-1

G 4 T 2 P 0 A 1 L 2 EDD 3/30/03 Gest Age 38 wks wks Blood Type A+

**Prenatal Events** ☐ None
☐ No Prenatal Care
☐ Preterm Labor (≤ 37 weeks)
☐ Post term Labor (≥ 42 weeks)
☒ Prenatal Complications
tobacco abuse
4/10 (+) UDS - THC 05 4/3 03

**Intrapartum Events** ☐ None
☐ Febrile (≥ 100.4F)
☐ Bleeding — site undeterm
☐ Preeclampsia
☐ Seizures
☒ Medications
Talwin 30mg IV

**Membrane Assessment**
Date 8/16/03 Time 0934
☒ Clear
☐ Premature ROM
☐ Preterm ROM
☐ Polyhydram
☐ Oligohydram
☐ SROM ☒ AROM
☐ Prolonged ROM
☐ Odor
☐ Bloody
☐ Mec stain (type) ______

**Labor**
☒ Induction
☐ Cervical Ripening
☒ Oxytocin
☒ AROM
☒ Augmentation
☐ Attempted
☐ Precep Labor (<3hrs)
☐ Prol Labor (> 20hrs)
☐ Prol 2nd Stage (> 2.5 hrs)

**Monitoring**
☒ External
☒ Internal
☐ Bradycardia
☐ Tachycardia
☐ Sinusoidal Pattern
☐ Accelerations
☐ Variable Decelerations
☐ Late Decelerations

**Presentation**
☒ Vertex
☐ Face
☐ Brow
☐ Compound
☐ Breech
☐ Single Footling
☐ Complex
☐ Transverse Lie
☐ Cord Prolapse
☐ Shoulder
☐ CPD
☐ Frank Breech
☐ Double Footling

**Delivery** ☒ LDRP ☐ OR
☒ NSVD
☐ VBAC
☐ Forcep ☐ Outlet
☐ Low ☐ Mid type ______
☐ Vacuum ____ min ______ kg/cm²
Fetal Position: ______
☐ Breech
☐ Spontaneous
☐ Forcep Assist

**Episiotomy** ☐ None ☒ Midline ☐ Mediolateral L R
☐ Laceration/Epis Extension
☐ Cervical
☐ Vagina
☐ Periurethral
☐ Perineal
☐ 1st degree
☒ 2nd degree
☐ 3rd degree
☐ 4th degree

Repair Agent Used: 2 O Chromic

**Placenta**
Configuration ☒ Normal ☐ Abnormal
☐ Spontaneous
☐ Expressed
☐ Manual Removal
☐ Adherent (type) ______
☐ Uterine Exploration
☐ Curettage
Disposition: ______

**Delivery Medications**

| | Time | Dose | Route |
|---|---|---|---|
| | | | |
| | | | |

**Infant Data** Time of Birth 17:50
☐ Female ☒ Male Birth Order ☐ A ☐ B ☐ C

| Apgar | HR | RR | Mus Tone | Reflex | Color | Total |
|---|---|---|---|---|---|---|
| 1 min | 2 | 2 | 2 | 2 | 0 | 8 |
| 5 min | 2 | 2 | 2 | 2 | 0 | 8 |
| 10 min | | | | | | |

**Suctioned by**
☒ Bulb suction
☐ Suction catheter Dee Lee ☒ Mouth ☐ Pharynx ☒ Nose
Size ______ fr. Pres ______ mmHg
☐ Oxygen ______ L/min ☐ Endo tube ______ size
☐ Visualize cords ☐ Mec below cords ☐ Bag & Mask
☐ Resuscitation

**Surgical Data**
☐ C-Section ☐ Prim ☐ Sec ☐ Emerg
☐ Repeat (x ) ☐ Urgent

**Operative Indication**
☐ Previous Uterine Surgery
☐ Failure to Progress
☐ Placenta Previa
☐ Other
☐ Abruptio Placenta
☐ Fetal Malpresentation
☐ Non reassuring FHR

**Uterine Incision**
☐ Low Cervical, Transverse
☐ Low Cervical, Vertical
☐ Hysterectomy ☐ No ☐ Yes
☐ Tubal Ligation ☐ No ☐ Yes
☐ Sponge counts correct
☐ Pfannenstiel
☐ Classical
☐ Needle counts correct

**Cord**
☐ Nucal (x)
☐ 2 vessels
☒ 3 vessels
☐ True Knot
☐ Cord Blood to lab
compound Rt hand

**Anesthesia** ☒ Epidural ☐ Local ☐ Spinal ☐ General

**Chronology**

| | Date / Time | | Duration |
|---|---|---|---|
| Onset of Labor | 8/16/03 0800 | | |
| Full Dilation | 8-16-03 | 1740 | |
| Delivery of Infant | 8-16-03 | 1750 | |
| Delivery of Placenta | 8-16-03 | 1751 | |
| | | Total Labor | 9:51 |

**Delivery Personnel**
RN (1) [illegible]
RN (2) [illegible]
Anes/CRNA [illegible] CRNA
CNM ______
Delivery Physician [illegible]
Phys Assist (1) ______
Phys Assist (2) [illegible]
Infant Care Provider NSCN
☒ Notified ☐ Present at Birth



# Mount Clemens General Hospital

## E.R. Admit

1000 Harrington Blvd. Mt. Clemens, MI 48043 (586) 493-8000

| Name | Date of Birth | Room | Exam Date | Encounter# | MR# |
|---|---|---|---|---|---|
| Baumer, Philipp | 08/16/2003 | ER | 10/03/03 | E02513597 | M0764386 |

REPORT COPIES TO:
Attending: CHARLES D. MOK, DO
Referring:
Family: LUCILA OLSON, M.D.

PATIENT ADMITTED

FINAL DIAGNOSIS(ES):
1. Severe dehydration.
2. sepsis.
3. Acute renal failure secondary to severe dehydration.
4. Anemia, probably secondary to hemolysis.
5. Hyperkalemia.
6. Hypoglycemia.
7. Apnea.
8. Positive Gastroccult.
9. Possible intracranial hemorrhage.

CHIEF COMPLAINT: Decreased activity level.

HISTORY OF PRESENT ILLNESS: The patient is a 57-day-old white male who presents to emergency department with decreased level of activity according to the mother. The mother initially states that she has not seen the patient for three days, but other reports given to the social worker state that she has not seen the patient up to a month and currently the child is being taken care of by the patient's sister. The patient's caretaker states that yesterday he was doing fine. Last night he began to have some episodes of emesis and has not eaten anything since. He presents floppy, very lethargic, according to the parents, ill appearing, not acting normally and with a decreased level of consciousness. They initially called Dr. Olson's office, who told the patient's mother to proceed to the emergency department immediately. The patient's birth weight was 6 pounds 11 ounces. The patient was delivered at 38 weeks. The patient's apgar scores were 8 and 8. The patient after birth had some difficulty with feeding and emesis and very poor feeding and was transferred to the special care nursery. The patient was in the special care nursery for approximately a week according to the mother. The patient was discharged home with a weight of 6 pounds 6 ounces. The caretaker states that the patient was seen by Dr. Olson last week and was 8



**Mount Clemens General Hospital**

**E.R. Admit**

1000 Harrington Blvd. Mt. Clemens, MI 48043 (586) 493-8000

| Name | Date of Birth | Room | Exam Date | Encounter# | MR# |
|---|---|---|---|---|---|
| **Baumer, Philipp** | **08/16/2003** | **ER** | **10/03/03** | **E02513597** | **M0764386** |

pounds 10 ounces. There have been no recent illnesses, no sick contacts. The patient has not had an elevated temperature. He had a normal bowel movement yesterday. There is no history of diarrhea. He has been eating okay up until the emesis began yesterday. No other information could be obtained at this time.

PAST MEDICAL HISTORY: None.
SURGICAL HISTORY: None.
FAMILY HISTORY: None.
SOCIAL HISTORY: The patient's immunization are up-to-date.
MEDICATIONS: None.
ALLERGIES: No known drug allergies.

REVIEW OF SYSTEMS: All systems are reviewed and are as stated above, otherwise negative per parent.
PHYSICAL EXAMINATION:
CONSTITUTIONAL: The patient appears very floppy, ill appearing, ashen in color, not moving extremities. The patient's eyes are open and staring to the right. Initial pulse is 170, temperature is 97.0 rectally. The patient does not respond to noxious stimuli, mainly an interosseous IV placement.
EYES: The patient's eyes are deviated to the right, but does look to the left. The eyes appear sunken in. They are dry appearing. There is no conjunctivitis, subconjunctival hemorrhage or other injury seen to the eye. The patient's pupils are dilated and very minimally reactive to light.
HENT: The anterior fontanelle is soft and flat. The head is atraumatic and normocephalic. Ears are clear bilaterally. Nasal passages are clear. Mucous membranes are moderately dry appearing. Tongue is midline. Oropharynx is otherwise clear and patent. The patient holds his head in a constant tilt to the right.
NECK: Supple, no meningeal signs. Trachea midline. No masses or thyromegaly. There is no nuchal rigidity.
CARDIOVASCULAR: Heart rate is tachycardic. There are no murmurs, rubs or gallops. Peripheral pulses are weak in all four extremities. There is no peripheral edema.
RESPIRATORY/CHEST: Breath sounds clear and equal bilaterally. No rales, rhonchi, or wheezes. No retractions.
GASTROINTESTINAL/ABDOMINAL: Abdomen soft without tenderness or distention. No palpable masses or organomegaly. No peritoneal signs.
MUSCULOSKELETAL: No cyanosis. No joint swelling. Normal muscle tone.

Typed 10/04/03 DICTAP
Printed 06/17/04 10:46

E.R. Admit

Page 2



| Name | Date of Birth | Room | Exam Date | Encounter# | MR# |
|---|---|---|---|---|---|
| **Baumer, Philipp** | **08/16/2003** | **ER** | **10/03/03** | **E02513597** | **M0764386** |

NEUROLOGICAL: The patient is very floppy and ill appearing. He moves his extremities very minimally and does not respond much to pain with interosseous IV.
SKIN: The patient's skin is pale and ashen in color. The patient's skin is doughy and tents very easily, indicating severe dehydration. There are no rashes or bruising seen at this time. There are no external signs of injury upon examination.

MEDICAL DECISION MAKING: The patient is seen and examined. The patient is brought back quickly to the pediatric trauma suite and resuscitation begins. The patient is given oxygen per nasal cannula. He is placed on a cardiac monitor, shows a heart rate of 170. Rectal temperature is 97.0. The patient does appear to be in a septic-like picture at this time. Concerns for overwhelming sepsis or other etiology are discussed with the mother and the caretaker at this time. Initial IV attempts are unsuccessful. Therefore, an interosseous IV line is established in the right anterior tibia. That interosseous line fails, and infiltration does occur. Therefore, an attempt is made on the left tibia, which also fails at this time. Right interosseous IV line is established. Fluids are administered, and the patient is given an 8 cc dose of D25 because the patient is hypoglycemic with an initial glucose of 18. The I/O has fluid leaking into leg so second Interosseus is started. . A scalp vein is subsequently obtained, and the patient is given glucose through that scalp vein with initial normal saline bolus of 60 cc. Maintenance infusion is then administered. Second I/O is questionable, but no swelling, and is removed. The patient is quickly given 75/kg dose of Claforan and 100 mg/kg dose of ampicillin intravenously. Laboratory studies are ordered. Catheterized urinalysis is sent. Blood culture times one is sent and is pending at the time of this dictation. A portable chest x-ray is also obtained. Subsequent heel stick measurements are normalized. Please see nursing notes for subsequent values. A urinalysis is obtained, which shows 2-5 red blood cells. Urine white blood cells are 5-10. There is a trace bacteria. Leukocyte esterase and nitrites are negative.

Because of the patient's ill appearance, Dr. Maiteh is contacted. Initially recommends that Dr. Mehdizadeh come and assess the patient. A call was place to Dr. Mehdizadeh, and he was asked to come see the patient immediately. The patient was then assessed by Dr. Mehdizadeh initially immediately. During the resuscitation, it appeared that the patient may have had a seizure



# Mount Clemens General Hospital
## E.R. Admit

1000 Harrington Blvd. Mt. Clemens, MI 48043 (586) 493-8000

| Name | Date of Birth | Room | Exam Date | Encounter# | MR# |
|---|---|---|---|---|---|
| Baumer, Philipp | 08/16/2003 | ER | 10/03/03 | E02513597 | M0764386 |

activity, which was witnessed by Dr. Mehdizadeh. An EEG was performed, and those results are pending at the time of this dictation. Initial chest x-ray showed no acute infiltrates, effusions or pneumothorax. Initial blood gas shows that the patient is acidotic. Please see the respiratory sheet for exact details. The patient is given several doses of bicarbonate to correct that acidosis. Initial laboratory studies show a BUN and creatinine of 109.3 and 1.7, which represent severe dehydration. Potassium is 7.6. Carbon dioxide is 14.5. White blood count was 24.5. Hemoglobin and hematocrit are decreased at 6.2 and 17.8. Blasts are high at 4.0. The peripheral smear shows many schistocytes and spherocytes and vacuolized PMNs, which could indicate peripheral hemolysis at this time. An LDH level was obtained and is elevated at 618. The patient did have an episode of apnea for a period of time, which was witnessed by Dr. Mehdizadeh, and the patient was intubated by Dr. Mehdizadeh without any difficulty. The patient was administered phenobarbital before the intubation because of the patient's possible seizure activity, which then subsequently prompted the EEG test. A Gastroccult is positive after an NG tube was placed. Concerns for a hemolytic uremic syndrome or severe sepsis are the etiologies discussed with the family in detail, and it is recommended the patient be transferred to a pediatric ICU. Initially Dr. Bardwash (phonetic) from William Beaumont pediatric ICU is contacted, and he states that they would not be able to effectively take care of this patient secondary to the patient may need dialysis. A call is then placed to the PICU fellow at Children's Hospital, Dr. Alviedo, who states that he would accept the patient, and the case is discussed with Dr. Johnson, the pediatric intensivist at Children's Hospital, who agreed to take the patient's admission. I spoke with Dr. Johnson in detail about the patient's condition, and she agreed with the transfer. The proper paperwork was filled out. The pediatric ICU transport team does arrive, assesses the patient, and the patient is initially transported with stable vital signs. The patient is currently being ventilated and in stable condition. Fluids are being maintained through an scalp intravenous line. The patient undergoes multiple reassessments by myself and Dr. Mok, as well as Dr. Mehdizadeh in the emergency department. Clinically the case is discussed with the clinical social worker, and the patient was seen by the clinical social worker, who made an assessment of the patient's condition, as well as with the patient's caretakers at home. A 3200 form was filled out by myself. No CT scan was performed before the patient was transported per request by Dr. Johnson. There is still a concern at this time that patient may have an intracranial hemorrhage. This will be evaluated at Children's Hospital. The patient is



# Mount Clemens General Hospital
## E.R. Admit

1000 Harrington Blvd. Mt. Clemens, MI 48043 (586) 493-8000

| Name | Date of Birth | Room | Exam Date | Encounter# | MR# |
|---|---|---|---|---|---|
| **Baumer, Philipp** | **08/16/2003** | **ER** | **10/03/03** | **E02513597** | **M0764386** |

stable at the time of his transfer.

DISPOSITION: The patient transported to Children's Hospital in stable condition.

Job No.: 28525 /js
DD: 10/03/2003
DT: 10/03/2003 17:43:59
D: Chad Carman, DO

This document was electronically signed by CHARLES D. MOK, DO on 10/04/2003 13:28:46.
TEACHING PHYSICIAN ADDENDUM: Added at the time of electronic signature by C. Mok
I was present during the resident's history and exam. I discussed the case with the resident and agree with the findings and plan as documented.
Procedures supervised.
One hour critical care time performed.
Bilateral Interosseus lines performed.
Disc with Neurologist/neonatologist
Electronically signed C. Mok, D.O



# Mount Clemens General Hospital

## EEG Report

1000 Harrington Blvd. Mt. Clemens, MI 48043 (586) 493-8000

| Name | Date of Birth | Room | Exam Date | Encounter# | MR# |
|---|---|---|---|---|---|
| **Baumer, Philipp** | **08/16/2003** | **ER** | **10/03/03** | **E02513597** | **M0764386** |

REPORT COPIES TO:
Attending: CHARLES D. MOK, DO
Referring:
Family: LUCILA OLSON, M.D.

No.: 03-901

HISTORY:
This is a child who was brought in unresponsive with nonreactive, dilated pupils.

FINDINGS:
There was polymorphic 1 to 2 Hz delta activity distributed throughout both hemispheres, which was unreactive. At times, there was 4 Hz theta noted in the left hemisphere. There was no reactivity with the background. The activity was of very low amplitude. There were some intermittent sharp waves noted bihemispherically.

CLINICAL INTERPRETATION:
This electroencephalogram is abnormal for the age of the patient. The diffuse low amplitude slowing as well as the unreactivity indicates diffuse neuronal dysfunction, consistent with an encephalopathic process. In addition, the sharp waves do indicate underlying cortical irritability and do indicate the potential for seizures.

Job No.: 21224 /ew
DD: 11/08/2003
DT: 11/08/2003 16:45:08

This document was electronically signed by RASHMI GUPTA, MD on 11/10/2003 08:41:27.

Children's Hospital, Oct. 4–30, 2003        Pages 27–30

# RESULTS

**NAME:** BAUMER PHILIPP **MR #:** 890116781

**DATE OF EXAM:** 10/4/2003 **ACCESSION #:** 5543220

**PHYSICIAN:** JOHNSON YVETTE RENEE

## CT-Head (W/O Contrast) AT 2139HOURS:

IMPRESSION

854.02

CT HEAD WITHOUT CONTRAST

CLINICAL HISTORY: One-month-old male with seizures, abnormal EEG.

TECHNIQUE:
1. No sedation was required.
2. Unenhanced axial CT of the head was performed with 5-mm sections.

FINDINGS:
1. The patient is intubated. There is patchy hypoattenuation throughout the supratentorial brain, predominantly in the frontal and temporo-occipital regions with loss of gray-white interface. These findings are more pronounced on the right side. Patchy areas of increased intensity are also seen in the high parietal region, to a lesser degree the left parietal region medially. These are consistent with parenchymal hemorrhage. Also seen is a subdural hemorrhage in the interhemispheric fissure, both anteriorly as well as in the parietal region and layering along the tentorium. There is asymmetric extraaxial fluid collection in the left frontoparietal region with mixed intensity, slightly higher than CSF. The asymmetry and the attenuation suggest subacute or chronic subdural hematoma.
2. The ventricles are not enlarged. There is hemorrhage within the lateral ventricles, layering in the occipital horns. The basal ganglia signal is relatively spared. The posterior fossa is also relatively spared. There is prominence of the retrocerebellar fluid space.
3. A large diastatic fracture is seen in the right parietal bone. There is opacification of the rudimentary mastoids and middle ears with fluid level in the right mastoid. However, no definite fracture is identified involving the petrous temporal bone on the right side.

IMPRESSION:
THERE ARE MULTIPLE AREAS OF PARENCHYMAL HEMORRHAGE, SUBDURAL HEMORRHAGE INCLUDING INTERHEMISPHERIC HEMORRHAGE AND HEMORRHAGE ALONG THE TENTORIUM, AN INTRAVENTRICULAR HEMORRHAGE. ALSO, MULTIPLE AREAS OF HYPOATTENUATION ARE SEEN SUPRATENTORIALLY, MORE MARKED ON THE RIGHT SIDE WITH OBSCURATION OF GRAY-WHITE MATTER INTERFACE. THESE LIKELY REPRESENT HEMORRHAGIC AND NON HEMORRHAGIC AREAS OF CONTUSION AND/OR ASSOCIATED INFARCTS. ALSO SEEN IS EXTRAAXIAL FLUID COLLECTION IN THE LEFT FRONTOPARIETAL REGION OF SLIGHTLY HIGHER ATTENUATION THAN CSF WHICH MAY REPRESENT SUBACUTE OR CHRONIC HEMORRHAGE. THERE IS RIGHT PARIETAL DIASTATIC FRACTURE. THE CONSTELLATION OF THE ABOVE FINDINGS IS HIGHLY SUGGESTIVE OF NON-ACCIDENTAL TRAUMA. THESE FINDINGS WERE CONVEYED BY DR. PAPPAS TO DR. BYDON, NEUROSURGERY RESIDENT. THESE WERE ALSO DISCUSSED BY DR. MODY WITH DR. BENJAMIN ON 10/5/03.

MWPS/LKA/5273032

FINAL
Dictated By:
And Verified By: MODY, SWATI S

Electronically Signed Date: 10/23/03 08:26
Date Transcribed: LKA 10/06/03 14:11

I certify that I personally viewed the images and performed the interpretation of this procedure.

Transcribed By: : 10/23/2003 : 0826
Approved By:

Radiologist: UNKNOWN

# RESULTS

**NAME:** BAUMER PHILIPP    **MR #:** 890116781

**DATE OF EXAM:** 10/9/2003    **ACCESSION #:** 5552978

**PHYSICIAN:** HAM STEVEN

## CT-Head (W/O Contrast) AT 1402HOURS:

IMPRESSION

854.02

CT OF THE HEAD WITHOUT CONTRAST:

CLINICAL: One-month-old caucasian male with new onset of seizures. Question of nonaccidental trauma, possible shaken baby syndrome.

TECHNICAL:
Multiple axial images were obtained at 5-mm slices throughout the brain without contrast. The examination was compared to previous from October 4, 2003. No sedation was required.

FINDINGS:
In the interval, the right-sided anterior frontal ventricular shunt has been placed with its tip in the region of the left basal ganglia. The anterior horn of the right lateral ventricle appears prominent.

As previously described, there are multiple areas of hemorrhage within the supratentorial parenchyma (right greater than left) and also subdural in location layering along the tentorium cerebelli and the falx. These appear essentially unchanged. The intraventricular hemorrhage that was previously described does appear improved.

There are multiple areas of hypoattenuation of the supratentorium predominantly in the frontal and temporo-occipital regions (right side greater than left). There are multiple areas of hyperattenuation seen in a gyral pattern, which is representative of acute cortical necrosis.

IMPRESSION:
1. INTRAVENTRICULAR HEMORRHAGE APPEARS IMPROVED. SUBDURAL HEMORRHAGE AND PARENCHYMAL HEMORRHAGE APPEARS ESSENTIALLY UNCHANGED.
2. INTERVAL PLACEMENT OF RIGHT-SIDED ANTERIOR FRONTAL SHUNT WITH ITS TIP IN THE REGION OF THE LEFT BASAL GANGLIA.

3. MULTIPLE AREAS OF HYPOATTENUATION ONCE AGAIN SEEN IN THE SUPRATENTORIUM, ALTHOUGH THESE DO APPEAR IMPROVED. THE RIGHT-SIDED SUPRATENTORIAL IS INVOLVED TO A GREATER THAN EXTENT THAN THE LEFT. THESE FINDINGS ARE CONSISTENT WITH THE PATIENTS HISTORY OF SHAKEN BABY SYNDROME.

MWPS/NJD 5288080

Dictated by Dr. Rocky Saenz,
Resident

FINAL
Dictated By:
And Verified By: SMITH, WILBUR L MD

Electronically Signed Date: 10/12/03 08:04
Date Transcribed: NJD 10/10/03 18:24

I certify that I personally viewed the images and performed the interpretation of this procedure.

Transcribed By: : 10/12/2003 : 0804
Approved By:

Radiologist: UNKNOWN

# RESULTS

**NAME:** BAUMER PHILIPP      **MR #:** 890116781

**DATE OF EXAM:** 10/30/2003   **ACCESSION #:** 5597199

**PHYSICIAN:** JOHNSON YVETTE RENEE

## MRI-Brain/Stem (W/O Contrast) AT 1902HOURS:

IMPRESSION

995.55, 434.91

MRI OF THE BRAIN:

CLINICAL: Nonaccidental trauma, shaken baby syndrome, skull fracture, intracranial bleed.

TECHNICAL:
Multiplanar, multisequential, MRI imaging of the head was performed without intravenous gadolinium contrast material. Comparison is made to a prior CT examination dated October 9, 2003. This patient was sedated in the NICU.

FINDINGS:
There is evidence of a diastatic right parietal skull fracture. All sequences demonstrate multiple large areas of cystic encephalomalacia with associated parenchymal hemorrhage of various ages. Gradient-echo imaging was performed and demonstrates the presence of hemosiderin within the occipital white matter on the right and the periventricular white matter on the left.

There are multiple extraaxial fluid collections noted bilaterally, subarachnoid and subdural in location. There is supratentorial ventriculomegaly noted with a right frontal ventriculostomy catheter stable in position since the prior CT. Inversion/recovery imaging was performed in the axial plane and does demonstrate multiple foci of hyperintensity bilaterally within the right occipital and left parietal lobes consistent with acute hemorrhage. There is also the suggestion of parenchymal volume loss near the convexities.

Diffusion-weighted imaging was also performed and demonstrates no additional abnormality.

IMPRESSION:
1. THERE IS SEVERE, DIFFUSE, CYSTIC ENCEPHALOMALACIC CHANGES WITH BLOOD IN VARIOUS STAGES OF EVOLUTION, AT LEAST SOME OF WHICH IS LIKELY CHRONIC AS THERE IS HEMOSIDERIN DEMONSTRATED ON GRADIENT ECHO IMAGES.
2. THERE IS SUPRATENTORIAL VENTRICULOMEGALY.
3. FLAIR IMAGING DOES DEMONSTRATE SEVERAL FOCI OF ACUTE BLOOD, AS DESCRIBED ABOVE.
4. THERE ARE EXTRAAXIAL FLUID COLLECTIONS NOTED IN BOTH THE SUBARACHNOID AND SUBDURAL LOCATION.
5. RIGHT VENTRICULOSTOMY SHUNT CATHETER STABLE IN POSITION SINCE THE PRIOR CT EXAMINATION.

MWPS/NJD 5345481

CLASSIFICATION 2
FINAL ICD 431

FINAL
Dictated By: HASS, MARK
And Verified By: SLOVIS, THOMAS L MD

Electronically Signed Date: 10/31/03 17:35
Date Transcribed: NJD 10/31/03 14:03

I certify that I personally viewed the images and performed the interpretation of this procedure.

Transcribed By: : 10/31/2003 : 1734
Approved By:

Radiologist: UNKNOWN

# RESULTS

**NAME:** BAUMER PHILIPP **MR #:** 890416781

**DATE OF EXAM:** 10/6/2003 **ACCESSION #:** 5544006

**PHYSICIAN:** JOHNSON YVETTE RENEE

## Bone Survey-Infant<2 Years Old AT 1116HOURS:

IMPRESSION

432.9

BONE SURVEY:

CLINICAL: Intracranial hemorrhage and skull fracture, evaluate for other fractures.

FINDINGS:
Frontal and lateral views of the skull show a large right parietal skull fracture extending from the lambdoid suture forward to the coronal suture. There is an intracranial catheter and monitor wire. The catheter enters on the right side near the level of the coronal suture and the catheter passes medially and inferiorly to lie just to the left of midline superior and posterior to the sella turcica.

A frontal view of the chest along with oblique views of the ribs shows no evidence of rib fracture. The heart size is normal. The pulmonary vascularity is normal. No diaphragmatic or pleural abnormalities are evident. The visualized bowel gas pattern is unremarkable.

Frontal and lateral views of the spine show the vertebral body heights and disc spaces to be well maintained. No evidence of fracture or dislocation or dislocation is noted in the spine.

Views of both the left and right upper extremities show no fracture deformity, lytic or destructive process. Intravenous catheter overlies the left hand and the right antecubital region. There is some soft tissue swelling on the dorsal aspect of the hand. The catheter entering the right antecubital region appears to be a PICC line with the catheter passing up to the chest and into the region of the right atrium and possibly right ventricle. The catheter has been pulled back from the left pulmonary artery where it was seen on the prior study.

Views of both the left and right lower extremities show no osseous, articular or soft tissue abnormalities.

A frontal view of the pelvis shows no ossification of the femoral heads at this point, however, no osseous abnormalities are identified. The visualized bowel gas pattern is felt to be nonobstructive.

IMPRESSION:
FRACTURE IN THE RIGHT PARIETAL BONE WITH NO OTHER FRACTURE SEEN IN THE SKELETAL SYSTEM.

MWPS/NJD 5285195

FINAL
Dictated By:
And Verified By: EGGLESTON, DANIEL E MD

Electronically Signed Date: 10/10/03 17:18
Date Transcribed: NJD 10/10/03 09:17

I certify that I personally viewed the images and performed the interpretation of this procedure.

Transcribed By: : 10/10/2003 : 1718
Approved By:

Radiologist: UNKNOWN